IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 08-cr-00052-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAUL A. CABALLERO,

    Defendant.

---

### ORDER AND NOTICE RESETTING MOTIONS HEARING

    **IT IS HEREBY ORDERED** that the motions hearing previously set for March 7, 2008, at 4:00 p.m. is **RESET** to 8:30 a.m. on that same date in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    DATED this 26th day of February, 2008.

                                                                 **BY THE COURT:**

                                                                   Marcia S. Krieger
                                                                   United States District Judge